UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

RICHARD M. SCRUGGS,

    Plaintiff

vs.

                                                  CIVIL ACTION NO.
                                                  05-30185-KPN

JAMES O. HALL,

    Defendant

### NOTICE OF APPEARANCE

Please enter my appearance as the attorney/pro se for the Defendant James O. Hall.

September 7, 2005

*James O. Hall, Esquire*
403 Highland Avenue
Somerville, Massachusetts 02144
617/625-0708
BBO #217560

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document on the Plaintiff Richard M. Scruggs (appearing pro se) by first class mail, postage prepaid at the address given on his Complaint and Summons: 123 Mayfair Avenue, Springfield, MA 01104.

September 7, 2005

*James O. Hall, Esquire*