

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

RICHARD M. SCRUGGS,

    Plaintiff

vs.

JAMES O. HALL,

    Defendant

CIVIL ACTION NO. 05-30185-KPN

### DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant James Hall hereby moves to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

The Defendant respectfully requests the Court to grant this motion for the reasons set forth in the accompanying "Defendant's Brief In Support Of His Motion To Dismiss The Complaint."

Respectfully submitted,

September 7, 2005

James O. Hall, Esquire
403 Highland Avenue
Somerville, Massachusetts 02144
617/625-0708
BBO #217560

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document on the Plaintiff Richard M. Scruggs (appearing pro se) by first class mail, postage prepaid at the address given on his Complaint and Summons: 123 Mayfair Avenue, Springfield, MA 01104.

September 7, 2005

James O. Hall, Esquire