UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD M SCRUGGS,
        Plaintiff(s)

v.                         CIVIL ACTION: 05-30185-KPN

JAMES O. HALL, ESQUIRE
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

NEIMAN, U.S.M.J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered for the Defendant pursuant to the endorsed order of the Court entered on September 28, 2005 granting the Defendant's unopposed motion to dismiss the Plaintiff's complaint.

SARAH A. THORNTON,
CLERK OF COURT

Dated: September 29, 2005        By  /s/ Mary Finn
                                                           Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                          [jgm.]